12-09094-cgm    Doc 21    Filed 01/24/13    Entered 01/24/13 16:07:21    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------

| | |
|---|---|
| In re | Chapter 7 |
| MURDOCH SECURITY & INVESTIGATIONS, INC., | Case No. 12-35747 (CGM) |
| Debtor. | |

--------------------------------------------------------------------
MARK S. TULIS, as Chapter 7 Trustee of
MURDOCH SECURITY & INVESTIGATIONS, INC.,

          Plaintiff,

    - against -                                        Adv. Pro. No. 12-09094 (CGM)

NAVARRO GROUP LTD., INC,
          Defendant,
--------------------------------------------------------------------

## **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

       Upon the Motion of defendant Navarro Group Ltd., Inc. ("Movant"), for an Order dismissing the above-captioned Adversary Proceeding and Complaint; and upon all the pleadings, papers and exhibits submitted by the Movant in support and in further support of its Motion; and the Motion having been opposed by the plaintiff ("Plaintiff"); and upon all pleadings, papers and exhibits submitted by the Plaintiff in opposition to the Motion; and a Hearing having been held before this Court on January 22, 2013, whereby the Movant and Plaintiff appeared through their respective counsel; and upon the record of the January 22, 2013 Hearing, and after due deliberation and sufficient cause appearing therefore, it is

       ORDERED, that the Motion be and hereby is granted in all respects; and it is further

       ORDERED, that the Adversary Proceeding and Complaint are hereby dismissed ~~with prejudice~~ for the reasons set forth in the record of the January 22, 2013 Hearing.

Dated: January 24, 2013
      Poughkeepsie, New York

                                               /s/Cecelia G. Morris
                                     Chief United States Bankruptcy Judge